***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted October 3, affirmed October 25, 2023, petition for review denied February 15, 2024 (372 Or 63)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## CHRISTOPHER BRANDON PASCHALL,
*Defendant-Appellant.*

Lincoln County Circuit Court
20CR44696; A177795

Sheryl Bachart, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Marc Brown, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert A. Koch, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

PER CURIAM

*Caperton v. A.T. Massey Coal Co. Inc.*, 556 US 868, 129 S Ct 2252, 173 L Ed 2d 1208 (2009); *State v. Langley*, 363 Or 482, 424 P3d 688 (2018), *adh'd to as modified on recons*, 365 Or 418, 446 P3d 542 (2019), *cert den*, ___ US ___, 141 S Ct 138 (2020).

Affirmed.